IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **REBECCA GENTZEL, et al.,** | : |
| Plaintiffs, | : Case No. 2:09 cv 504 |
| v. | : Judge Sargus |
| **CEVA FREIGHT, LLC, et al.,** | : Magistrate Judge King |
| Defendants. | : |

## ORDER GRANTING JOINT MOTION FOR *IN CAMERA* REVIEW, TO APPROVE SETTLEMENT AND TO DISMISS CASE WITH PREJUDICE

**WHEREFORE,** the Parties having jointly moved for Court *in camera* review and approval of their Settlement and Release Agreement, and the Court having reviewed the terms of the settlement *in camera*, **IT IS HEREBY ORDERED AND ADJUDGED** that the settlement be, and the same is, hereby approved, and that this case be, and is hereby, dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**ENTERED** this 20 day of January, 2010.

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:

David K. Stein, Esq.
Richard R. Chambers II
*Counsel for Plaintiffs*

James M. L. Ferber
Alison M. Day
Tracy Stott Pyles
*Counsel for Defendants*

Firmwide:93495779.1 057554.1009
12/31/09

1